O

ENTERED JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SAVANNA VIOLET ARRUDA, by her Guardian Ad Litem, LIDIA SILVA ARRUDA, JOYCE ANN ARRUDA, RICARDO ARRUDA, LISA MARIE DUMONT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFFS DEPARTMENT, DEPUTY RYAN ANGULO, individually and as a peace officer, DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. EDCV 06-00555 SGL (OPx)<br><br>**FINAL JUDGMENT**<br><br>Hon. Stephen G. Larson<br>Courtroom "1" - Riverside |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Motion for Summary Judgment, or alternatively, for Partial Summary Judgment/Summary Adjudication on behalf of defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DEPUTY RYAN ANGULO came on regularly for hearing on June 2, 2008 at 10:00 a.m. in Courtroom "1" of the above-entitled Court before the Honorable Judge Stephen G. Larson presiding.  Rittu Kumar, Esq. of Hurrell Cantrall, LLP appeared on behalf of defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY

Final Judgment.doc

SHERIFF'S DEPARTMENT, and DEPUTY RYAN ANGULO and Thomas E. Beck, Esq. of The Beck Law Firm appeared on behalf of plaintiffs SAVANNA VIOLET ARRUDA, by her Guardian Ad Litem, LIDIA SILVA ARRUDA, JOYCE ANN ARRUDA, and RICARDO ARRUDA.  Based on the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered by way of this Court's August 5, 2008 Order granting defendants' Motion for Summary Judgment and ordering entry of judgment as requested in defendants' Motion for Summary Judgment,

IT IS ORDERED, ADJUDGED, AND DECREED that:

(1)     Plaintiffs SAVANNA VIOLET ARRUDA, by her Guardian ad Litem, LIDIA SILVA ARRUDA, JOYCE ANN ARRUDA, and RICARDO ARRUDA take nothing against defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DEPUTY RYAN ANGULO.

(2)     Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DEPUTY RYAN ANGULO shall have judgment against plaintiffs SAVANNA VIOLET ARRUDA, by her Guardian ad Litem, LIDIA SILVA ARRUDA, JOYCE ANN ARRUDA, and RICARDO ARRUDA.

(3)     Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and DEPUTY RYAN ANGULO are entitled to costs as determined by the cost bill to be submitted by defendants.

DATED: October 10, 2008

_____
HONORABLE JUDGE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE